IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL FILE NO. 1:06-CR-355-TWT |
| JEFFERY ALAN TEAGUE, also known as Jeffrey Allen Bryant, Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 106] of the Magistrate Judge recommending that the Defendant's Motion to Vacate Sentence [Doc. 105]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 105] is DENIED.

SO ORDERED, this 11 day of May, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge