IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFERY ALAN TEAGUE, also known as Jeffrey Allen Bryant,<br><br>     Defendant. | CRIMINAL FILE NO.<br>1:06-CR-355-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 131] of the Magistrate Judge recommending dismissing the Defendant's Motion to Vacate Sentence [Doc. 131] for lack of subject matter jurisdiction. The Defendant failed to obtain permission of the Court of Appeals to file a second Motion to Vacate Sentence. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 15 day of December, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge